# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

**V.**

ELIAS HILL, III

Case Number: 4:00CR00260-01-WRW

USM Number: 22273-009

**Date of Previous Judgment:** 11/20/2003
(Use Date of Last Amended Judgment, if Applicable)

HERBERT T. WRIGHT, JR.
Defendant's Attorney

Upon motion of  [X] the defendant   [ ] the Director of the Bureau of Prisons   [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.
[X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of: **94** months is reduced to **75 months (TIME SERVED (as of 03/03/2008).**

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure /Variance/Rule 35): **35**

Amended Offense Level: **33**

Criminal History Category: **II**

Criminal History Category: **II**

Previous Guideline Range: **188** to **235** months

Amended Guideline Range: **151** to **188** months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.

[X] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (Specify):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 01/03/2002 shall remain in effect. The Clerk is directed to mail a copy of this Order to Defendant.
**IT IS SO ORDERED.**

| | |
|---|---|
| 02/27/2008 | /s/ Wm. R. Wilson, Jr. |
| Date of Order | Signature of Judge |
| 03/03/2008 | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |